**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-24288-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Sheri Lou Cumberledge
17 Orchard Street
P.O. Box 177
Muse PA 15350

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/23/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-24288-JAD
Sheri Lou Cumberledge                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: ddoy               Page 1 of 1              Date Rcvd: Aug 21, 2018
                                Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
14725934       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company,
               LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com
              Karina   Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net
              Thomas   Song    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com
                                                                                               TOTAL: 9