IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 17-24288 JAD |
| Sherri Lou Cumberledge ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Sherri Lou Cumberledge ) | |
| ) | |
| Movant(s) ) | |
| v. ) | Related to Doc No. 56 |
| Amerihome Mortgage Co., LLC ) | |
| and Ronda J. Winnecour, Trustee ) | Hearing: 11/2/18 at 10:00 AM |
| Respondent(s) ) | |

**CERTIFICATION OF NO RESPONSE REGARDING MOTION TO APPROVE
LOAN MODIFICATION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on **September 6, 2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than **September 23, 2018**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 24, 2018

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com