IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 17-24288 JAD |
| Sherri Lou Cumberledge | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Sherri Lou Cumberledge | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Doc No. 56 |
| Amerihome Mortgage Co., LLC | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

FILED
9/26/18 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

**AND NOW,** this __26th__ day of __September__, 2018, upon consideration of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor is hereby granted permission to enter into the Loan Modification Agreement of secured debt through Amerihome Mortgage Co., LLC.  The new principal balance is $105,451.40 at an interest rate of 4.25% for 360 months modified as of October 1, 2018 with a maturity date of September 1, 2048.  The new principal and interest payment will be $518.76 plus escrow of $174.48 for a total payment of $693.24 per month beginning October 1, 2018.  The Debtor will make payments through the Chapter 13 plan dated October 27, 2017.  The Loss Mitigation Process is hereby terminated.



BY THE COURT:

_____ jsf
J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sheri Lou Cumberledge  
    Debtor

Case No. 17-24288-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: ddoy      Page 1 of 1      Date Rcvd: Sep 27, 2018  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db          +Sheri Lou Cumberledge,   17 Orchard Street,   P.O. Box 177,   Muse, PA 15350-0177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:  
       David A. Rice    on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net, lowdenscott@gmail.com  
       James  Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com  
       James  Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com  
       Jerome B. Blank    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com  
       Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Scott R. Lowden    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net  
       Thomas  Song    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com  
                    TOTAL: 9