IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Sherri Cumberledge,　　　　　　　　　　　　　Bankruptcy No. 17-24288-JAD

　　　　　　　Debtor,

Sherri Cumberledge,　　　　　　　　　　　　　Chapter 13

　　　　　　　Movant,
　　　　　　　　　　　　　　　　　　　　　　Related to Document No.

Amerihome Mortgage Co., LLC.,

　　　　　　　Respondent.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court on each party listed below by first class U.S. mail on October 1, 2018.

Amerihome Mortgage Co. LLC
21300 Victory Blvd, Suite 2
Woodland Hills, CA 91367

Amerihome Mortgage Co.,
LLC c/o Elizabeth Bennett,
Esq. 1617 JFK Blvd, Suite
1400 Philadelphia, PA 19103

Ronda J Winnecour, Trustee
600 Grant St., Suite 3250
Pittsburgh, PA 15219

Office of US Trustee
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

/s/: David A Rice, Esq.
Attorney for Debtor
15 West Beau Street
Washington, PA 15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270