## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHERI LOU CUMBERLEDGE

Case No. 17-24288JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

Document No __

AMERIHOME MORTGAGE COMPANY LLC
Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9765.

Regular mortgage payments are currently being directed to the following creditor at the following address:

AMERIHOME MORTGAGE COMPANY LLC
C/O CENLAR FSB(*)
ATTN BANKRUPTCY
PO BOX 77409*
EWING, NJ 08618

Movant has been requested to send payments to:
MIDLAND MORTGAGE, DIVISION OF MIDFIRST BANK
PO BOX 268888
PAYMENT PROCESSING
OKLAHOMA CITY, OK 73126

The Chapter 13 Trustee's CID Records of AMERIHOME MORTGAGE COMPANY LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 10/4/2018.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
SHERI LOU CUMBERLEDGE, 17 ORCHARD STREET, P.O. BOX 177, MUSE, PA  15350

:
CENLAR FSB**, 425 PHILLIPS BLVD, EWING, NJ  08628

ORIGINAL CREDITOR:
AMERIHOME MORTGAGE COMPANY LLC, C/O CENLAR FSB(*), ATTN BANKRUPTCY, PO BOX 77409*, EWING, NJ  08618

NEW CREDITOR:
MIDLAND MORTGAGE, DIVISION OF MIDFIRST BANK
PO BOX 268888
PAYMENT PROCESSING
OKLAHOMA CITY, OK 73126

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106