# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- **Debtor:** SHERI LOU CUMBERLEDGE
- **Case Number:** 17-24288-JAD    **Chapter:** 13
- **Date / Time / Room:** WEDNESDAY, JULY 24, 2019 11:00 AM    COURTROOM D
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** JEFF FURIS
- **Reporter / ECR:** N/A

**Matter:**

Motion To Preclude Postpetition Mortgage Fees, Expenses and Charges filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Midfirst Bank on 7/9/19 at Doc. # 80
- Affidavit filed by Midfirst Bank on 7/9/19 at Doc. # 81

R / M #:   76 / 0

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Scott R. Lowden, Esq.
CREDITOR: James C. Warmbrodt, Esq.

**Proceedings:**

FILED
7/24/19 1:56 pm
CLERK
U.S. BANKRUPTCY COURT - WDPA

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:   *ORDER

The motion is withdrawn.

*[signature]*    7-24-2019

JEFFERY A. DELLER
U.S. Bankruptcy Judge