# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** SHERI LOU CUMBERLEDGE
**Case Number:** 17-24288-JAD      **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JULY 24, 2019  11:00 AM  COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion To Preclude Postpetition Mortgage Fees, Expenses and Charges filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Midfirst Bank on 7/9/19 at Doc. # 80
- Affidavit filed by Midfirst Bank on 7/9/19 at Doc. # 81

R / M #: 76 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Scott R. Lowden, Esq.
CREDITOR: James C. Warmbrodt, Esq.

FILED
7/24/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  * ORDER

The Motion is withdrawn.

*signature*
7.24.2019

JEFFERY A. DELLER
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sheri Lou Cumberledge  
    Debtor

Case No. 17-24288-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala                    Page 1 of 1                    Date Rcvd: Jul 24, 2019  
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.  
db             +Sheri Lou Cumberledge,    17 Orchard Street,    P.O. Box 177,    Muse, PA 15350-0177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:  
      David A. Rice    on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net, lowdenscott@gmail.com  
      James Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    Midland Mortgage as servicer for MIDFIRST BANK bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com  
      Jerome B. Blank    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com  
      Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Scott R. Lowden    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net  
      Thomas Song    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com  
                                                                                                                                          TOTAL: 11