UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | SHERI LOU CUMBERLEDGE |
| Case Number: | 17-24288-JAD     Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, AUGUST 07, 2019  10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

### *Matter:*

Objection To Claim of MidFirst Bank filed by Debtor
- Response Filed by MidFirst Bank on 7/11/19 at Doc. # 82
R / M #:  78 / 0

### *Appearances:*

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Scott R. Lowden, Esq.
CREDITOR: James C. Warmbrodt, Esq.

### *Proceedings:*

    ___ Motion is GRANTED  /  DENIED
    ___ Special Type Of Order:
    ___ CONTINUE MATTER:
        ___ For At Least _____ Days (Court To Issue Scheduling Order)
        ___ To Hearing Date Of _____ at _____ AM/PM at _____
        ___ To Conciliation Conference For _____ at
            _____ AM/PM at _____
    ___ ISSUE EVIDENTIARY HEARING NOTICE
        ___ Evidentiary Hearing On Value And Cram-Down Interest
        ___ Complex / Pretrial Order - NONJURY  /  JURY
        ___ Simple / Pretrial Order - NONJURY  /  JURY
        ___ Parties To Undertake Discovery - Discovery Period: ___ days
    ___ SETTLEMENT STIPULATION IS DUE _____
    ___ OTHER:

FILED
8/7/19 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- o/e 8/7/2109 granting Objection To Claim

JEFFERY A. DELLER
U.S. Bankruptcy Judge