IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 17-24288 JAD |
| Sheri Lou Cumberledge ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Sheri Lou Cumberledge ) | |
| ) | Related to Proof of Claim 16 |
| Movant(s) ) | |
| v. ) | Document No. |
| MidFirst Bank ) | |
| ) | |
| Respondent(s) ) | |

## ORDER OF COURT

**AND NOW,** this 7th day of August, 2019, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and the Respondent is entitled to arrearages in the amount of $0.00.

BY THE COURT:

jsf

_____
J.

FILED
8/7/19 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA