IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 17-24288 JAD |
| Sheri Lou Cumberledge | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Sheri Lou Cumberledge | ) | |
| | ) | Related to Proof of Claim 16 |
| Movant(s) | ) | |
| v. | ) | Document No. |
| MidFirst Bank | ) | |
| | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

**AND NOW,** this ___7th___ day of ___August___, 2019, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and the Respondent is entitled to arrearages in the amount of $0.00.

BY THE COURT:

_____ J.

jsf

FILED
8/7/19 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24288-JAD
Sheri Lou Cumberledge                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Aug 07, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db             +Sheri Lou Cumberledge,   17 Orchard Street,   P.O. Box 177,   Muse, PA 15350-0177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Midland Mortgage as servicer for MIDFIRST BANK
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company,
               LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com
              Karina   Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net
              Thomas   Song    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com
                                                                                             TOTAL: 11