**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Sheri Lou Cumberledge<br>                    Debtor<br><br>Sheri Lou Cumberledge<br>                    Movant<br>  vs.<br><br>MidFirst Bank<br><br>                    Respondent | NO. 17-24288-JAD<br><br>CHAPTER 13<br><br>Related to Docs. 88, 90<br><br>Hearing Date: 3/18/20 @ 10:00 a.m.<br><br>Doc. # 92 |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtor has filed an objection to the Respondent's Notice of Mortgage Payment Change dated December 18, 2019, which increases Debtor's monthly payment from $694.91 to 855.78 effective February 1, 2020;

WHEREAS, the initial hearing in this matter is scheduled for March 18, 2020;

WHEREAS, Respondent is willing to spread out the escrow shortage over 36 months to reduce the monthly payment increase and resolve the pending objection, but Respondent requires additional time to produce a revised escrow analysis statement with the revised payment figures.

It is therefore Stipulated and agreed as follows:

1. The hearing on Debtor's objection to Notice of Mortgage Payment Change is continued to May 1, 2020 at 11:00 AM at p04 Courtroom D, 54th Floor, U.S. Steel Tower, Pittsburgh.

Consented to by:

| | |
|---|---|
| **/s/ Scott R. Lowden, Esquire** | **/s/ James C. Warmbrodt, Esquire** |
| Scott R. Lowden, Esquire | James C. Warmbrodt, Esquire |
| Nicotero & Lowden P.C. | KML Law Group, P.C. |
| Attorney for Debtor | Attorney for Respondent |
| 3948 Monroeville Blvd., Suite 2 | 701 Market Street, Suite 5000 |
| Phone: 412-374-7161 | Philadelphia, PA 19106 |
| Monroeville, PA 15146 | Phone: 412-430-3594 |
| niclowlgl@comcast.net | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

Dated 3/17/2020

By the Court,

_____ J.
jsf

FILED
3/17/20 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA