Case 17-24288-JAD    Doc 100    Filed 04/26/20    Entered 04/27/20 00:32:16    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
4/24/20 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Sheri Lou Cumberledge<br>　　　　　　　　　Debtor | | NO. 17-24288-JAD |
| Sheri Lou Cumberledge<br>　　　　　　　　　Movant<br>　vs.<br>MidFirst Bank<br>　　　　　　　　　Respondent | | CHAPTER 13<br>Doc. # 98<br>Related to Docs. 88, 90<br><br>Hearing Date: 5/1/20 @ 11:00 p.m. |

Amended
**<u>STIPULATION AND ORDER</u>**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Debtor has filed an objection to the Respondent's Notice of Mortgage Payment Change dated December 18, 2019, which increased Debtor's monthly payment from $694.91 to 855.78 effective February 1, 2020;

WHEREAS, the monthly payment increase was due to an increase in the escrow items from $176.15 to $179.34 per month, and the addition of an escrow shortage in the amount of $157.68 per month due to an escrow shortage of $1,892.17;

WHEREAS, Respondent has agreed to spread out the escrow shortage over 36 months to reduce the monthly payment increase and resolve the pending objection.

It is therefore Stipulated and agreed as follows:

1. The Notice of Mortgage Payment Change filed December 2, 2019 is hereby withdrawn.

2. Debtor's monthly payment will be $741.90 effective April 1, 2020, as evidenced by the Escrow Account Statement which is attached hereto as Exhibit "A".

3. Included in the monthly payment beginning April 1, 2020 is a Prorated Escrow Shortage payment in the amount of $43.80, which escrow amount shall be included as part of each payment due through and including the payment due March 1, 2023.

4. Debtor acknowledges that future annual escrow reviews may require increases in the amounts owed for escrow items and escrow shortages, resulting in corresponding increases in monthly payments during the time that the Prorated Escrow Shortage is being paid.

5. The notice requirement of F.R.B.P. 3002.1(b)(1) is waived as to the payment due April 1, 2020.

6. Debtor's Objection to the Notice of Mortgage Payment Change is hereby withdrawn.

7. The hearing scheduled for May 1, 2020 at 11:00 p.m. is cancelled.

Consented to by:

*/s/ Scott R. Lowden, Esquire*
Scott R. Lowden, Esquire
Nicotero & Lowden P.C.
Attorney for Debtor
3948 Monroeville Blvd., Suite 2
Phone: 412-374-7161
Monroeville, PA 15146
niclowlgl@comcast.net

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Respondent
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court

4/24/2020                                          _____ J.
                                                                    jsf

Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-24288-JAD
Sheri Lou Cumberledge                                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1               Date Rcvd: Apr 24, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2020.
db             +Sheri Lou Cumberledge,    17 Orchard Street,    P.O. Box 177,    Muse, PA 15350-0177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net, lowdenscott@gmail.com
              James   Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Midland Mortgage as servicer for MIDFIRST BANK bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com
              Karina   Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net
              Thomas   Song    on behalf of Creditor    Amerihome Mortgage Company, LLC pawb@fedphe.com
                                                                                               TOTAL: 11