IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Sheri Lou Cumberledge,　　　　　　　　　　Bankruptcy No. 17-24288-JAD

          Debtor,

    Sheri Lou Cumberledge,
                                      Chapter 13

          Movant,
                                      Related to Document No.

No Respondent

          Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the May 14, 2020 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated April 29, 2020 by prepaid first-class US mail on May 15, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA 15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated: 05/15/2020

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA 15301
PA ID # 50329
Ricelaw1@verizon.net
(724) 225-7270

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-24288-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu May 14 14:25:01 EDT 2020 | Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | AMERIHOME MORTGAGE COMPANY, LLC<br>CENLAR FSB<br>BK Department, 425 PHILLIPS BLVD.<br>EWING NJ 08618-1430 | Aes/m&taselt<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| Aes/northwest Savings<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | Aes/pheaafrn<br>Attn: Bankrupcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Amerihome Mortgage Co., LC<br>c/o Elizabeth M Bennett, Esq.<br>1617 JFK Blvd, Suite 1400<br>Philadelphia, PA 19103-1814 |
| Amerihome Mtg Co, Llc<br>21300 Victory Blvd Ste 2<br>Woodland Hills, CA 91367-2525 | Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cbusasears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Collection Service / Wash OBGYN<br>250 Mt Lebanon Blvd<br>Pittsburgh, PA 15234-1252 |
| Collection Service Center<br>839 5th Ave.<br>P.O. Box 560<br>New Kensington, PA 15068-0560 | Credit Coll USA / Dr. Brent Angott<br>Ccusa<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501-7209 | Credit Management / Tri-State Surgery<br>Attn: Bankruptcy<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Dept Of Ed/582/nelnet<br>Attn: Claims/Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Greater Washington Radiologists<br>P.O. Box 951847<br>Cleveland, OH 44193-0020 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JC Penneys<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Monogram Credit Card Bank<br>of Georgia<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lendmark Financial<br>198 West Chestnut Street<br>Washington, PA 15301-4423 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| Leroys Jewelers<br>Sterling Jewelers, Inc/Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | Nelnet<br>Nelnet Claims/Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 |

```
Nelnet on behalf of PHEAA              Office of the United States Trustee    PHEAA
PA Higher Education Assistance Agency  Liberty Center.                        PO Box 8147
PO Box 8147                            1001 Liberty Avenue, Suite 970         Harrisburg, PA 17105-8147
Harrisburg, PA. 17105-8147             Pittsburgh, PA 15222-3721


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   State Collection Service / Allegheny Hea   TD Bank USA, N.A.
PO BOX 41067                           2509 S. Stoughton Road                     C O WEINSTEIN & RILEY, PS
NORFOLK VA 23541-1067                  Madison, WI 53716-3314                     2001 WESTERN AVENUE, STE 400
                                                                                  SEATTLE, WA 98121-3132


Target                                 US Department of Education c/o Nelnet     Verizon
C/O Financial & Retail Srvs            121 South 13th Street, Suite 201          by American InfoSource LP as agent
Mailstopn BT POB 9475                  Lincoln NE 68508-1911                     PO Box 248838
Minneapolis, MN 55440-9475                                                       Oklahoma City, OK  73124-8838


Visa Dept Store National Bank/Macy's   Walmart / Syncb                           Washington Health System
Attn: Bankruptcy                       P.O. Box 530927                           155 Wilson Ave.
Po Box 8053                            Atlanta, GA 30353-0927                    Washington, PA 15301-3398
Mason, OH 45040-8053


David A. Rice                          Ronda J. Winnecour                        Scott R. Lowden
Rice & Associates Law Firm             Suite 3250, USX Tower                     Nicotero & Lowden PC
15 West Beau Street                    600 Grant Street                          3948 Monroeville Blvd., Suite 2
Washington, PA 15301-6806              Pittsburgh, PA 15219-2702                 Monroeville, PA 15146-2437


Sheri Lou Cumberledge
17 Orchard Street
P.O. Box 177
Muse, PA 15350-0177
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service               JPMorgan Chase Bank, N.A.                 Lendmark Financial
1000 Liberty Avenue                    National Bankruptcy Department            2118 Usher St Nw
Pittsburgh, PA 15222                   P.O. Box 901032                           Covington, GA 30014
                                       Ft. Worth TX 76101-2032


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Amerihome Mortgage Company, LLC | (u)Cenlar FSB as servicer for AmeriHome Mortg | (u)JPMORGAN CHASE BANK, N.A. |
| (u)MidFirst Bank | (u)Midland Mortgage as servicer for MIDFIRST | (d)Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     7<br>Total                  52 | |