**Form 106−C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Sheri Lou Cumberledge

CASE NUMBER: 17−24288−JAD

RELATED TO DOCUMENT NO:

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Notice of Mortgage Payment Change filed on 5/3/2021 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

DOCUMENT MUST BE REFILED ENSURING COMPLETE COMPLIANCE WITH W.PA.LBR 5005−6, SPECIFICALLY USING A TYPED /S/ AND SIGNATURE.

You must file a Corrected Notice of Mortgage Payment Change within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

Dated this The 4th of May, 2021

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-24288-JAD

Sheri Lou Cumberledge          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2
Date Rcvd: May 04, 2021      Form ID: 106c      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Aldrige Pite, LLP, Attn: Bryan S. Fairman, Authorized Agent, 4375 Jutland Dr Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 14940547 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com

David A. Rice
     on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net  lowdenscott@gmail.com

Jerome B. Blank
     on behalf of Creditor Amerihome Mortgage Company  LLC pawb@fedphe.com

District/off: 0315-2 User: dpas Page 2 of 2
Date Rcvd: May 04, 2021 Form ID: 106c Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor Amerihome Mortgage Company  LLC pawb@fedphe.com

TOTAL: 11