**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/22/2022

IN RE:

| | |
|---|---|
| SHERI LOU CUMBERLEDGE<br>17 ORCHARD STREET<br>P.O. BOX 177<br>MUSE,  PA  15350<br>XXX-XX-3523          Debtor(s) | Case No.17-24288 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

 NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

 This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

 This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

 The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/22/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 6208 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMERIHOME MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  0.00<br>COMMENT:  LN MOD @ 57 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3620 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number:4   INT %: 5.00%<br>Court Claim Number:17<br>CLAIM:  14,333.55<br>COMMENT:  $CL-PL@5%MDF*LATE | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 5043 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 3561 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  2,477.38<br>COMMENT:  $CL-PL*16/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 3523 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  34,630.78<br>COMMENT:  0004~AES/SCH*FR M AND TASELT/FRN/PHEAA-DOC 46 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  M AND T SELT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  M AND T SELT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  M AND T SELT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: M AND T SELT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: M AND T SELT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,911.90<br>COMMENT: 0010/SCH*FR NW BANK/PHEAA-DOC 44 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NW SVNGS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 8,096.82<br>COMMENT: 0008/SCH*FR PHEAA/FRN-DOC 45 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PHEAA FRN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 699.86<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0938 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 695.02<br>COMMENT: CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5045 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3812 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: THD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4848 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WASH OBGYN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HFUPP |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WASH OBGYN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HGSXM |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DR BRENT ANGOTT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4001 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TRI STATE SRGRY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0951 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 7-2<br>CLAIM: 98,836.28<br>COMMENT: 1125/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6924 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6325 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8325 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6324 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8024 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8124 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5823 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6424 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5124 |
| **GREATER WASHINGTON RADIOLOGIST**<br>POB 951847<br>CLEVELAND, OH 44193 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7605 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 759.52<br>COMMENT: SYNCHRONY BANK*4191~JC PENNEY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7419 |
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br>COVINGTON, GA 30014 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 5,445.75<br>COMMENT: DOC SIGNED @ SEAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8862 |
| **LEROYS JEWELERS**<br>375 GHENT RD<br>FAIRLAWN, OH 44333 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2173 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 12,634.12<br>COMMENT: 3324/SCH*FR NELNET O/B/O PHEAA-DOC 47*3 LNS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3124 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3224 |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3024 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY HEALTH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4360 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 316.77<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5809 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 462.22<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7616 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 636.26<br>COMMENT: SYNCHRONY BANK~NO$~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6208 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LENDMARK FINANCIAL**<br>198 WEST CHESTNUT ST<br>WASHINGTON, PA 15301 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8817 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 431.95<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **MIDFIRST BANK SSB*** ATTN BANKRUPTCY TRUSTEE PMTS* 999 NW GRAND BLVD STE 100 OKLAHOMA CITY, OK 73118 | Trustee Claim Number:51 INT %: 0.00% Court Claim Number:16 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 3620 | CLAIM: 4,928.53 COMMENT: BGN 3/18*LN MOD @ 57 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** PO BOX 248838 OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:52 INT %: 0.00% Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 | CLAIM: 92.19 COMMENT: NT/SCH |
| **LVNV FUNDING LLC, ASSIGNEE** C/O RESURGENT CAPITAL SVCS POB 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:53 INT %: 0.00% Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2876 | CLAIM: 254.79 COMMENT: NT/SCH*MONOGRAM CREDIT CARD BANK/GECC/HOME DEPOT*STALE~LTR DONE |
| **MIDFIRST BANK SSB*** ATTN BANKRUPTCY TRUSTEE PMTS* 999 NW GRAND BLVD STE 100 OKLAHOMA CITY, OK 73118 | Trustee Claim Number:54 INT %: 0.00% Court Claim Number:16 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 3620 | CLAIM: 0.00 COMMENT: 8795.36/ORG CL*LN MOD @ 57 |
| **BRIAN C NICHOLAS ESQ** KML LAW GROUP PC 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number:55 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: CENLAR/PRAE |
| **MIDFIRST BANK SSB*** ATTN BANKRUPTCY TRUSTEE PMTS* 999 NW GRAND BLVD STE 100 OKLAHOMA CITY, OK 73118 | Trustee Claim Number:56 INT %: 0.00% Court Claim Number:16-2 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 3620 | CLAIM: 0.00 COMMENT: 1050~NTC POSTPET FEE/EXP*FR AMERIHOME-D65*T-OBJ~$ WAIVED/AFFDVT |
| **MIDFIRST BANK SSB*** ATTN BANKRUPTCY TRUSTEE PMTS* 999 NW GRAND BLVD STE 100 OKLAHOMA CITY, OK 73118 | Trustee Claim Number:57 INT %: 0.00% Court Claim Number:16-2 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 3620 | CLAIM: 0.00 COMMENT: PMT/DECL*LOAN MOD*BGN 10/18*DK4LMT*FR AMERIHOME MTG-D65*W/59*AMD |
| **BRIAN C NICHOLAS ESQ** KML LAW GROUP PC 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number:58 INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: MIDLAND MORT/PRAE |
| **MIDFIRST BANK SSB*** ATTN BANKRUPTCY TRUSTEE PMTS* 999 NW GRAND BLVD STE 100 OKLAHOMA CITY, OK 73118 | Trustee Claim Number:59 INT %: 0.00% Court Claim Number:16-2 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 3620 | CLAIM: 0.00 COMMENT: $0 ARRS/OE 8/19~AMD CL=$1775*W/57*DK |