

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:       17-24288


DEBTOR(S):

SHERI LOU CUMBERLEDGE


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 14 IN THE AMOUNT OF $254.79


CREDITOR'S SIGNATURE:


/s/ Brandie McCann


CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Monogram Credit Card Bank of Georgia

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

4/27/2022