IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: )
) Bankruptcy No. 17-24288 JAD
Sheri Lou Cumberledge )
        Debtor (s) )
) Chapter 13
Scott R. Lowden, Esquire )
        Applicant(s) )
   v. ) Doc. No. 126
No Respondent )
        Respondent(s) )

FILED
9/22/22 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER OF COURT

AND NOW, this __22nd__ day of _____September_____, 2022, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $ 5,800.00, of which $5,800.00 are attorney fees and $0 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 10/23/2017 to 9/2/2022.

Therefore, the Application in its face amount of $1,800.00 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,800.00 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between October 23, 2017 and September 2, 2022 in the amount of **$1,800.00** and expenses in the amount of **$0** for a total of **$1,800.00**. The total award of compensation for services to date, is **$5,800.00** and expenses in the amount of **$0** for a grand total in the amount of **$5,800.00.**



BY THE COURT:

_____ J.
Jeffery A. Deller

jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24288-JAD |
| Sheri Lou Cumberledge | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 22, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheri Lou Cumberledge, 17 Orchard Street, P.O. Box 177, Muse, PA 15350-0177 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net lowdenscott@gmail.com |
| Jerome B. Blank | on behalf of Creditor Amerihome Mortgage Company LLC pawb@fedphe.com |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Sep 22, 2022      Form ID: pdf900      Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor Amerihome Mortgage Company  LLC pawb@fedphe.com


TOTAL: 11