UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  SHERI LOU CUMBERLEDGE<br><br>                  Debtor(s)<br> Ronda J. Winnecour, Trustee<br>   Movant<br>      vs.<br>  SHERI LOU CUMBERLEDGE<br><br>        Respondents | Case No. 17-24288JAD<br><br>                    FILED<br>                    10/26/22 1:34 pm<br>                    CLERK<br>Chapter 13         U.S. BANKRUPTCY<br>                    COURT - WDPA<br><br>Document No. 135 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 26th day of October, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Deluxe
Attn: Payroll
801 S. Marquette Ave
Minneapolis, MN 55402

is hereby ordered to immediately terminate the attachment of the wages of SHERI LOU CUMBERLEDGE, social security number XXX-XX-3523. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHERI LOU CUMBERLEDGE.

BY THE COURT:

_____jsf_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24288-JAD |
| Sheri Lou Cumberledge | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheri Lou Cumberledge, 17 Orchard Street, P.O. Box 177, Muse, PA 15350-0177 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jerome B. Blank | on behalf of Creditor Amerihome Mortgage Company  LLC pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor Amerihome Mortgage Company  LLC pawb@fedphe.com

TOTAL: 11