**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **SHERI LOU CUMBERLEDGE** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **17-24288JAD** |

# Form 4100N
# Notice of Final Cure Payment                                        10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | MIDFIRST BANK SSB* |
| Court claim no. (if known): | 16-2 |
| Last 4 digits of any number you use to identify the debtor's account | 3 6 2 0 |
| Property Address: | 17 ORCHARD ST<br>MUSE PA 15350 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                              Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment                                   $   $739.17
   The next postpetition payment is due on   12 / 1 / 2022
                                              MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | SHERI LOU CUMBERLEDGE | Case number *(if known)* | 17-24288JAD |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  12/02/2022

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | SHERI LOU CUMBERLEDGE | Case number *(if known)* | 17-24288JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/02/2018 | | AMERIHOME MORTGAGE COMPANY LLC | REALLOCATION OF CONTINUING DEBT | 669.79 |
| 11/27/2018 | 1100144 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 1,094.06 |
| 12/21/2018 | 1103244 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 332.31 |
| 01/25/2019 | 1106456 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 1,291.89 |
| 02/25/2019 | 1109702 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 320.42 |
| 03/25/2019 | 1113000 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 951.44 |
| 04/26/2019 | 1116295 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 631.20 |
| 05/24/2019 | 1119693 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 637.14 |
| 06/25/2019 | 1123095 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 636.92 |
| 07/29/2019 | 1126535 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 960.54 |
| 08/27/2019 | 1130011 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 642.30 |
| 09/24/2019 | 1133302 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 321.14 |
| 10/24/2019 | 1136641 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 950.20 |
| 11/25/2019 | 1140104 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 687.56 |
| 12/23/2019 | 1143489 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 704.84 |
| 01/28/2020 | 1146940 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 713.61 |
| 02/25/2020 | 1150464 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 956.34 |
| 03/23/2020 | 1153953 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 694.91 |
| 04/27/2020 | 1157406 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 788.89 |
| 05/26/2020 | 1160743 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 06/26/2020 | 1163880 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 07/29/2020 | 1167000 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 08/25/2020 | 1170071 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 09/28/2020 | 1173167 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 10/26/2020 | 1176264 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 11/24/2020 | 1179334 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 12/21/2020 | 1182285 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 01/25/2021 | 1185255 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 02/22/2021 | 1188389 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 03/26/2021 | 1191675 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 04/26/2021 | 1194925 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 741.90 |
| 05/25/2021 | 1198048 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 06/25/2021 | 1201233 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 07/26/2021 | 1204435 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 08/26/2021 | 1207557 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 09/24/2021 | 1210676 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 10/25/2021 | 1213748 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 11/22/2021 | 1216783 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 12/23/2021 | 1219858 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 01/26/2022 | 1222919 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 02/23/2022 | 1225795 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 03/25/2022 | 1228754 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 04/26/2022 | 1231798 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 05/25/2022 | 1234837 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 748.49 |
| 06/27/2022 | 1237864 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 1,469.02 |
| 07/26/2022 | 1240808 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 739.17 |
| 08/24/2022 | 1243693 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 739.17 |
| 09/27/2022 | 1246560 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 739.17 |
| 10/25/2022 | 1249390 | MIDFIRST BANK SSB* | AMOUNTS DISBURSED TO CREDITOR | 739.17 |
| | | | | 37,044.37 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

SHERI LOU CUMBERLEDGE
17 ORCHARD STREET
P.O. BOX 177
MUSE, PA  15350

DAVID A RICE ESQ
RICE & ASSOCIATES LAW FIRM
15 W BEAU ST
WASHINGTON, PA  15301

MIDFIRST BANK SSB*
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK  73118

ALDRIDGE PITE LLP
4375 JUTLAND DR STE 200
PO BOX 17933
SAN DIEGO, CA  92177-0933


12/2/22                                                                                    /s/ Roberta Saunier
                                                                                           Administrative Assistant
                                                                                           Office of the Chapter 13 Trustee