**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sheri Lou Cumberledge**
Debtor(s)

Bankruptcy Case No.: 17−24288−JAD

Chapter: 13
Docket No.: 142 − 141

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 23rd of December, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/6/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/15/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/6/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sheri Lou Cumberledge  
    Debtor

Case No. 17-24288-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 23, 2022      Form ID: 408      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Lou Cumberledge, 17 Orchard Street, P.O. Box 177, Muse, PA 15350-0177 |
| 14786698 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14717391 | + | Aes/northwest Savings, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14717393 | + | Amerihome Mortgage Co., LC, c/o Elizabeth M Bennett, Esq., 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14717394 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14717399 | + | Collection Service / Wash OBGYN, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14717400 | + | Collection Service Center, 839 5th Ave., P.O. Box 560, New Kensington, PA 15068-0560 |
| 14717401 | + | Credit Coll USA / Dr. Brent Angott, Ccusa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14717402 | + | Credit Management / Tri-State Surgery, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14717404 | + | Greater Washington Radiologists, P.O. Box 951847, Cleveland, OH 44193-0020 |
| 14717408 | + | Lendmark Financial, 198 West Chestnut Street, Washington, PA 15301-4423 |
| 14717409 | + | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14717411 | + | State Collection Service / Allegheny Hea, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 14717415 | + | Washington Health System, 155 Wilson Ave., Washington, PA 15301-3398 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2022 22:56:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717390 | + | Email/Text: bncnotifications@pheaa.org | Dec 23 2022 22:54:00 | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14717392 | + | Email/Text: bncnotifications@pheaa.org | Dec 23 2022 22:54:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14717395 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2022 22:57:07 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14717396 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 22:57:01 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14717398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 22:56:53 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14717413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 22:57:01 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14756838 | | Email/Text: bnc-quantum@quantum3group.com | Dec 23 2022 22:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14717403 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 23 2022 22:54:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14900304 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 23 2022 22:54:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

Case 17-24288-JAD    Doc 143    Filed 12/25/22    Entered 12/26/22 00:14:01    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2022 | Form ID: 408 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14717405 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2022 22:54:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14717406 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2022 22:56:51 | JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14717397 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 23 2022 22:57:06 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 14787272 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 23 2022 22:56:59 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14717407 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 23 2022 22:53:00 | Lendmark Financial, 2118 Usher St Nw, Covington, GA 30014 |
| 14784267 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2022 22:57:00 | LVNV Funding, LLC its successors and assigns as, assignee of Monogram Credit Card Bank, of Georgia, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14940547 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 23 2022 22:56:51 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14717410 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 23 2022 22:54:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14724691 | + | Email/Text: bncnotifications@pheaa.org | Dec 23 2022 22:54:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 14725934 | + | Email/Text: bncnotifications@pheaa.org | Dec 23 2022 22:54:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14735047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 23 2022 22:56:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14718286 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 23 2022 22:57:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14786438 | + | Email/Text: bncmail@w-legal.com | Dec 23 2022 22:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14717412 | + | Email/Text: bncmail@w-legal.com | Dec 23 2022 22:54:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14726268 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 23 2022 22:54:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |
| 14749349 | | Email/PDF: ebn_ais@aisinfo.com | Dec 23 2022 22:56:52 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14717414 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2022 22:56:59 | Walmart / Syncb, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | Cenlar FSB as servicer for AmeriHome Mortgage Comp |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | MidFirst Bank |
| cr | | Midland Mortgage as servicer for MIDFIRST BANK |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |

Case 17-24288-JAD   Doc 143   Filed 12/25/22   Entered 12/26/22 00:14:01   Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2022 | Form ID: 408 | Total Noticed: 41 |

| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net lowdenscott@gmail.com |
| Jerome B. Blank | on behalf of Creditor Amerihome Mortgage Company LLC jblank@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Amerihome Mortgage Company LLC pawb@fedphe.com |

TOTAL: 11