IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/7/23 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
SHERI LOU CUMBERLEDGE

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:17-24288 JAD

Chapter 13

Related to ECF No. 141

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 7th day of February, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jah
JEFFERY A. DELLER
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                   Case No. 17-24288-JAD

Sheri Lou Cumberledge                                                                                      Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                     User: auto                                                            Page 1 of 3

Date Rcvd: Feb 07, 2023                                      Form ID: pdf900                                          Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Lou Cumberledge, 17 Orchard Street, P.O. Box 177, Muse, PA 15350-0177 |
| 14786698 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14717391 | + | Aes/northwest Savings, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14717393 | + | Amerihome Mortgage Co., LC, c/o Elizabeth M Bennett, Esq., 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14717394 | + | Amerihome Mtg Co, Llc, 21300 Victory Blvd Ste 2, Woodland Hills, CA 91367-2525 |
| 14717399 | + | Collection Service / Wash OBGYN, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14717400 | + | Collection Service Center, 839 5th Ave., P.O. Box 560, New Kensington, PA 15068-0560 |
| 14717401 | + | Credit Coll USA / Dr. Brent Angott, Ccusa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14717402 | + | Credit Management / Tri-State Surgery, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14717404 | + | Greater Washington Radiologists, P.O. Box 951847, Cleveland, OH 44193-0020 |
| 14717408 | + | Lendmark Financial, 198 West Chestnut Street, Washington, PA 15301-4423 |
| 14717411 | + | State Collection Service / Allegheny Hea, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 14717415 | + | Washington Health System, 155 Wilson Ave., Washington, PA 15301-3398 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717390 | + | Email/Text: bncnotifications@pheaa.org | Feb 08 2023 00:00:00 | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14717392 | + | Email/Text: bncnotifications@pheaa.org | Feb 08 2023 00:00:00 | Aes/pheaafrn, Attn: Bankrupcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14717395 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 00:05:48 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14717396 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 00:05:43 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14717398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 00:05:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14717413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 00:05:43 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14756838 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 00:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14717403 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 08 2023 00:00:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14900304 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 08 2023 00:00:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

Case 17-24288-JAD   Doc 148   Filed 02/09/23   Entered 02/10/23 00:29:11   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14717405 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 00:00:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14717406 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 00:05:49 | JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14717397 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2023 00:05:47 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 14787272 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2023 00:05:40 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14717407 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 08 2023 00:00:00 | Lendmark Financial, 2118 Usher St Nw, Covington, GA 30014 |
| 14784267 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:05:35 | LVNV Funding, LLC its successors and assigns as, assignee of Monogram Credit Card Bank, of Georgia, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717409 | ^ | MEBN | Feb 07 2023 23:52:33 | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14940547 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 08 2023 00:05:47 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14717410 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 08 2023 00:00:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14724691 | + | Email/Text: bncnotifications@pheaa.org | Feb 08 2023 00:00:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 14725934 | + | Email/Text: bncnotifications@pheaa.org | Feb 08 2023 00:00:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14735047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:05:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14718286 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 08 2023 00:05:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14786438 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14717412 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 00:00:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14726268 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 08 2023 00:00:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |
| 14749349 | | Email/PDF: ebn_ais@aisinfo.com | Feb 08 2023 00:05:42 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14717414 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 00:05:47 | Walmart / Syncb, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | | Cenlar FSB as servicer for AmeriHome Mortgage Comp |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | MidFirst Bank |

| | | |
|---|---|---|
| cr | | Midland Mortgage as servicer for MIDFIRST BANK |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com

David A. Rice
on behalf of Debtor Sheri Lou Cumberledge ricelaw1@verizon.net lowdenscott@gmail.com

Jerome B. Blank
on behalf of Creditor Amerihome Mortgage Company LLC jblank@pincuslaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Sheri Lou Cumberledge niclowlgl@comcast.net

Stephen Russell Franks
on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

Thomas Song
on behalf of Creditor Amerihome Mortgage Company LLC pawb@fedphe.com

TOTAL: 11